**DISMISSED and Opinion Filed December 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00204-CR**

**RAFAEL ARTURO DIAZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80520-2020**

## MEMORANDUM OPINION

Before Chief Justice Burns and Justices Molberg and Reichek
Opinion by Justice Reichek

Before the Court is appellant's voluntary motion to dismiss the appeal. The motion is signed by appellant and by counsel. *See* TEX. R. APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id*. 43.2(f).

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE

220204f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAFAEL ARTURO DIAZ,
Appellant

No. 05-22-00204-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-80520-2020.
Opinion delivered by Justice Reichek. Chief Justice Burns and Justice Molberg participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 9th day of December, 2022.